# UNITED STATES DISTRICT COURT
for the
### Eastern District of Kentucky
### Lexington Division

| | |
|---|---|
| Carl Roberts        ) | |
|    *Plaintiff*   ) | |
| )  | |
| v.   ) | Case No.   5:17-cv-00160-DCR |
| )  | |
| Bluegrass Credit Corporation. *et al.*  ) | |
|    *Defendants*  ) | |
| ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BLUEGRASS CREDIT CORPORATION

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby gives notice that he is dismissing, without prejudice, his claims against Defendant Bluegrass Credit Corporation only. This Notice does not and is not intended to affect the Plaintiff's claims against any other party to this action.

Submitted by:

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Carl Roberts*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:   (502) 371-2179
Fax:   (502) 257-7309
jmckenzie@jmckenzielaw.com

*Counsel for Plaintiff*
*Carl Roberts*

### CERTIFICATE OF SERVICE

    This is to certify that I filed the foregoing Notice of Voluntary Dismissal via the Court's CM/ECF system on this 21st day of April, 2017, which will send a Notice of Electronic Filing to the following counsel of record:

Sandra Davis Jansen
*Schuckit & Associates, P.C.*
4545 Northwestern Drive
Zionsville, IN 46077
Tel: (317) 363-2400
Fax: (317) 363-2257
E-mail: sjansen@schuckitlaw.com
*Counsel for Defendant*
*Trans Union, LLC*

    I also served a true copy of the foregoing Notice of Voluntary Dismissal via U.S. Mail on the persons at the addresses set forth below this 21st ay of April, 2017:

Bluegrass Credit Corporation
c/o James S. Miller
908 East Main Street, Unit 1
Richmond, KY 40475

                                     /s/ James H. Lawson
                                     *Counsel for Plaintiff*
                                     *Carl Roberts*