UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| CARL ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-160-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| TRANS UNION, LLC, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Carl Roberts and Defendant Trans Union, LLC having filed a Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Court being sufficiently advised, it is hereby

**ORDERED** as follows:

1. Plaintiff Roberts claims asserted against Defendant Trans Union, LLC are **DISMISSED**, with prejudice. Each party shall bear its respective costs, expenses and fees.

2. All claims having been resolved, this action is **DISMISSED** and **STRICKEN** from the Court's docket.

This 5th day of June, 2017.

